**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

Feb 11, 2019
_____
Date

*Stephen F Campbell*
Stephen F Campbell (Feb 11, 2019)
_____
Signature

Stephen F Campbell
_____
Name

Stephen F Campbell
_____
Street Address

330 Village Dr, Rifle CO 81650
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION, INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**<u>NOTICE OF CONSENT</u>**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/2019
---
Date

_Ryan Carr (Feb 11, 2019)_
---
Signature

Ryan Carr
---
Name

528 Raccoon Ln
---
Street Address

Sunbury, Ohio, 43074
---
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**<u>NOTICE OF CONSENT</u>**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/12/2019
_____
Date

*Richard M. Conley*
Richard M. Conley (Feb 12, 2019)
_____
Signature

Richard M. Conley
_____
Name

8424 Cascade View Drive
_____
Street Address

Columbus, OH, 43240
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF CONSENT**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/12/19
Date

*Nicholas Dalton*
Nicholas Dalton (Feb 12, 2019)
Signature

Nicholas Dalton
Name

801 Polaris Pkwy, Apt 467
Street Address

Columbus, OH, 43240
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/11/2019
_____
Date

*James T. Forsyth (Feb 11. 2019)*
_____
Signature

James T. Forsythe
_____
Name

1560 Deer Crossing Ln
_____
Street Address

Worthington, OH, 43085
_____
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

STEVE CAMPBELL, *et al.*                      :
                                              :
          Plaintiffs,                 :
                                              :  Civil Action No.:
                                              :
      vs.                            :  Judge
                                              :
                                              :
EXCEPTIONAL INNOVATION,                        :
INC., *et al.*,                               :
                                              :
          Defendants.                 :
                                              :

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


2/11/2019                                      _/s/ Michael T. Hill_____
Date                                           Signature

                                               Michael T. Hill
                                               Name

                                               1399 Country Side Dr.
                                               Street Address

                                               Newark, Ohio, 43055
                                               City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF CONSENT**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/2019
_____
Date

*Terry H Keith*
Terry H Keith (Feb 11, 2019)
_____
Signature

**Terry H Keith**
_____
Name

**5693 Wena Way**
_____
Street Address

**Westerville, OH 43081**
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action.  I agree to be represented by Mansell Law, LLC.  I understand that this lawsuit is being brought under the Fair Labor Standards Act.  In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/11/2019
_____
Date

*Joseph F Kobalka III*
<small>Joseph F Kobalka III (Feb 11, 2019)</small>
_____
Signature

Joseph F Kobalka III
_____
Name

Joseph F Kobalka III
_____
Street Address

1126 Green Knoll Dr Westerville Ohio 43081
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVE CAMPBELL, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| EXCEPTIONAL INNOVATION, | : | |
| INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


2-11-2019

Date

_____
Terrance Malone (Feb 11, 2019)
Signature

**Terrance Malone**
_____
Name

**1816 Pineland Drive**
_____
Street Address

**Clearwater, Florida 33755**
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*                    :
                                            :
        Plaintiffs,                  :
                                            :     Civil Action No.:
                                            :
        vs.                          :     Judge
                                            :
                                            :
EXCEPTIONAL INNOVATION,                      :
INC., *et al.*,                             :
                                            :
        Defendants.                  :
                                            :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


02/11/2019                          *Nora M. Merhar*
_____                         _____
Date                                Nora M. Merhar (Feb 11, 2019)
                                    Signature

                                    Nora Merhar
                                    _____
                                    Name

                                    695 E Beaumont Rd
                                    _____
                                    Street Address

                                    Columbus, OH 43214
                                    _____
                                    City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF CONSENT**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action.  I agree to be represented by Mansell Law, LLC.  I understand that this lawsuit is being brought under the Fair Labor Standards Act.  In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/2019
_____
Date

*David M Miller*
David M Miller (Feb 11, 2019)
_____
Signature

David M Miller
_____
Name

9295 Polaris Green Dr
_____
Street Address

Columbus, OH, 43240
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEVE CAMPBELL,** *et al.*                    :

          **Plaintiffs,**                    :

                                      :    Civil Action No.:

          **vs.**                    :    Judge

                                        :

**EXCEPTIONAL INNOVATION,**                    :
**INC.,** *et al.,*                    :

          **Defendants.**                    :

                                        :

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action.  I agree to be represented by Mansell Law, LLC.  I understand that this lawsuit is being brought under the Fair Labor Standards Act.  In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

<u>2-12-19</u>
Date

<u>*Sharon Miller* (Feb 12, 2019)</u>
Signature

<u>Sharon Miller</u>
Name

<u>3450 Steiner St.</u>
Street Address

<u>Columbus, OH, 43231</u>
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*            :
                                    :
            Plaintiffs,             :
                                    :       Civil Action No.:
                                    :
    vs.                             :       Judge
                                    :
                                    :
EXCEPTIONAL INNOVATION,             :
INC., *et al.*,                     :
                                    :
            Defendants.             :
                                    :

### NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


2/12/2019

Date

_____
Cameron Mokas (Feb 12, 2019)
Signature

Cameron Mokas
_____
Name

2436 Medary Ave
_____
Street Address

Columbus, Ohio, 43202
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*          :
                                  :
          Plaintiffs,             :
                                  :    Civil Action No.:
                                  :
     vs.                          :    Judge
                                  :
                                  :
EXCEPTIONAL INNOVATION,           :
INC., *et al.*,                   :
                                  :
          Defendants.             :
                                  :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2-11-19
_____
Date

_____
Michael Schertzer (Feb 12, 2019)
Signature

Michael Schertzer
_____
Name

2508 Ferris Park Dr N
_____
Street Address

Columbus Ohio 43224
_____
City, State, Zip Code

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE CAMPBELL, *et al.*          :
                                  :
          Plaintiffs,             :
                                  :          Civil Action No.:
                                  :
     vs.                          :          Judge
                                  :
                                  :
EXCEPTIONAL INNOVATION,           :
INC., *et al.*,                   :
                                  :
          Defendants.             :
                                  :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/12/2019
_____
Date

_____
Matt S Stephey (Feb 12, 2019)
Signature

Matt S Stephey
_____
Name

1375 Stratford Woods Dr
_____
Street Address

Newark, OH 43055
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

STEVE CAMPBELL, *et al.*                          :
                                                  :
                    Plaintiffs,                   :
                                                  :     Civil Action No.:
                                                  :
          vs.                                     :     Judge
                                                  :
                                                  :
EXCEPTIONAL INNOVATION,                           :
INC., *et al.*,                                   :
                                                  :
                    Defendants.                   :
                                                  :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/18
_____
Date

_____
Tammy Tull (Feb 11, 2019)
Signature

**Tammy Tull**
_____
Name

**4153 Franklin St**
_____
Street Address

**Grove City, OH 43123**
_____
City, State, Zip Code

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE CAMPBELL, *et al.*

                   Plaintiffs,

              vs.

EXCEPTIONAL INNOVATION,
INC., *et al.*,

                Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:

Judge

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/12/19
Date

Howard Watts (Feb 12, 2019)
Signature

Howard Watts
Name

5736 Cali Glen Ln
Street Address

Westerville, OH 43082
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL**, *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF CONSENT**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2-11-19
_____
Date

_____
Eric Wilder (Feb 11, 2019)
Signature

Eric Wilder
_____
Name

174 Aspen Ct.
_____
Street Address

Delaware, OH, 43015
_____
City, State, Zip Code