**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF CONSENT**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned

action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being

brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will

be bound by the judgment of the Court on all issues in this case.


Feb 11, 2019
_____
Date

*Stephen F Campbell*
Stephen F Campbell (Feb 11, 2019)
_____
Signature

Stephen F Campbell
_____
Name

Stephen F Campbell
_____
Street Address

330 Village Dr, Rifle CO 81650
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION, INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/2019
_____
Date

_____
Ryan Carr (Feb 11, 2019)
Signature

Ryan Carr
_____
Name

528 Raccoon Ln
_____
Street Address

Sunbury, Ohio, 43074
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.,* | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/12/2019
_____
Date

*Richard M. Conley*
Richard M. Conley (Feb 12, 2019)
_____
Signature

Richard M. Conley
_____
Name

8424 Cascade View Drive
_____
Street Address

Columbus, OH, 43240
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION, INC.,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF CONSENT**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/12/19
_____
Date

*Nicholas Dalton*
Nicholas Dalton (Feb 12, 2019)
_____
Signature

Nicholas Dalton
_____
Name

801 Polaris Pkwy, Apt 467
_____
Street Address

Columbus, OH, 43240
_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

STEVE CAMPBELL, *et al.*    :
           :
    Plaintiffs,    :
           :  Civil Action No.:
           :
    vs.      :  Judge
           :
           :
EXCEPTIONAL INNOVATION,  :
INC., *et al.*,       :
           :
    Defendants.  :
           :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/11/2019
_____
Date

_____
James T. Forsyth (Feb 11. 2019)
Signature

James T. Forsythe
_____
Name

1560 Deer Crossing Ln
_____
Street Address

Worthington, OH, 43085
_____
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

STEVE CAMPBELL, *et al.*

    Plaintiffs,

  vs.

EXCEPTIONAL INNOVATION,
INC., *et al.*,

    Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:

Judge

## <u>NOTICE OF CONSENT</u>

  I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


<u>2/11/2019</u>
Date

<u>                </u>
Signature

<u>Michael T. Hill</u>
Name

<u>1399 Country Side Dr.</u>
Street Address

<u>Newark, Ohio, 43055</u>
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **STEVE CAMPBELL**, *et al.* | : | |
| Plaintiffs, | : | Civil Action No.: 2:19-cv-466 |
| | : | |
| vs. | : | Judge Edmund A. Sargus |
| | : | |
| **EXCEPTIONAL INNOVATION, INC.**, *et al.*, | : | |
| Defendants. | : | |

### NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

Feb 15, 2019
_____
Date

*Andrew Johnston*
Andrew Johnston (Feb 15, 2019)
_____
Signature

Andrew Johnston
_____
Name

6126 Alice Dr.
_____
Street Address

Westerville, oh, 43081
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*                :
                                        :
            Plaintiffs,                 :
                                        :     Civil Action No.:
                                        :
    vs.                                 :     Judge
                                        :
                                        :
EXCEPTIONAL INNOVATION,                 :
INC., *et al.*,                         :
                                        :
            Defendants.                 :
                                        :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/2019
_____
Date

*Terry H Keith*
Terry H Keith (Feb 11, 2019)
_____
Signature

**Terry H Keith**
_____
Name

**5693 Wena Way**
_____
Street Address

**Westerville, OH 43081**
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE CAMPBELL,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: |
| | : | |
| vs. | : | Judge |
| | : | |
| | : | |
| **EXCEPTIONAL INNOVATION,** | : | |
| **INC.,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF CONSENT**

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/11/2019
_____
Date

*Joseph F Kobalka III*
Joseph F Kobalka III (Feb 11, 2019)
_____
Signature

Joseph F Kobalka III
_____
Name

Joseph F Kobalka III
_____
Street Address

1126 Green Knoll Dr Westerville Ohio 43081
_____
City, State, Zip Code

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEVE CAMPBELL,** *et al.*    :
            :
    Plaintiffs,   :
            :  Civil Action No.:
            :
    vs.       :  Judge
            :
            :
**EXCEPTIONAL INNOVATION,** :
**INC.,** *et al.,*      :
            :
    Defendants.  :
            :

## <u>NOTICE OF CONSENT</u>

   I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

<u>2/17/2019</u>
Date

*Thomas J. Leone*
<small>Thomas J. Leone (Feb 17, 2019)</small>
Signature

Thomas J. Leone
Name

9295 Polaris Green Drive
Street Address

Columbus, OH., 43240
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

STEVE CAMPBELL, *et al.*       :
                            :

        Plaintiffs,       :

                           :    Civil Action No.:

                           :

        vs.                  :    Judge

                           :

                           :

EXCEPTIONAL INNOVATION,
INC., *et al.*,                :

                           :

        Defendants.      :

                           :

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2-11-2019
_____
Date

_____
Terrance Malone (Feb 11, 2019)
Signature

**Terrance Malone**
_____
Name

**1816 Pineland Drive**
_____
Street Address

**Clearwater, Florida 33755**
_____
City, State, Zip Code

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE CAMPBELL, *et al.*                    :
                                            :
            Plaintiffs,                      :
                                            :    Civil Action No.: 2:19-cv-466
                                            :
        vs.                                 :    Judge Edmund A. Sargus
                                            :
                                            :
EXCEPTIONAL INNOVATION,                     :
INC., *et al.*,                             :
                                            :
            Defendants.                      :
                                            :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/14/19
_____
Date

*Chris McVay*
Chris McVay (Feb 14, 2019)
_____
Signature

Christopher McVay
_____
Name

539 Braxton Pl W
_____
Street Address

Westerville, OH, 43081
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*                  :
                                          :
      Plaintiffs,                  :
                                          :     Civil Action No.:
                                          :
    vs.                            :     Judge
                                          :
                                          :
EXCEPTIONAL INNOVATION,                   :
INC., *et al.*,                           :
                                          :
      Defendants.                  :
                                          :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/11/2019
_____
Date

*Nora M. Merhar*
Nora M. Merhar (Feb 11, 2019)
_____
Signature

Nora Merhar
_____
Name

695 E Beaumont Rd
_____
Street Address

Columbus, OH 43214
_____
City, State, Zip Code

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE CAMPBELL, *et al.*     :
              :
    Plaintiffs,     :
              : Civil Action No.:
              :
   vs.        : Judge
              :
              :
EXCEPTIONAL INNOVATION, :
INC., *et al.*,        :
              :
    Defendants.    :
              :

## NOTICE OF CONSENT

  I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/2019
_____
Date

*David M Miller*
David M Miller (Feb 11, 2019)
_____
Signature

David M Miller
_____
Name

9295 Polaris Green Dr
_____
Street Address

Columbus, OH, 43240
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEVE CAMPBELL,** *et al.*　　　　　　　:

　　　　　Plaintiffs,　　　　　:

　　　　　　　　　　　　　　:　　Civil Action No.:

　　　　　　　　　　　　　　:

　　vs.　　　　　　　　　　:　　Judge

　　　　　　　　　　　　　　:

**EXCEPTIONAL INNOVATION,**　:

**INC.,** *et al.,*　　　　　　　　　:

　　　　　　　　　　　　　　:

　　　　　Defendants.　　　　:

　　　　　　　　　　　　　　:

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

**2-12-19**
_____
Date

_____
*Sharon Miller (Feb 12, 2019)*
Signature

**Sharon Miller**
_____
Name

**3450 Steiner St.**
_____
Street Address

**Columbus, OH, 43231**
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

STEVE CAMPBELL, *et al.*　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiffs,　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　Civil Action No.:
　　　　　　　　　　　　　　　　　　:
　　vs.　　　　　　　　　　　　　　:　　Judge
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
EXCEPTIONAL INNOVATION,　　　　:
INC., *et al.*,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　　:
　　　　　　　　　　　　　　　　　　:

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/12/2019
_____
Date

_____
Cameron Mokas (Feb 12, 2019)
Signature

Cameron Mokas
_____
Name

2436 Medary Ave
_____
Street Address

Columbus, Ohio, 43202
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEVE CAMPBELL,** *et al.*                          :
                                                      :
                   Plaintiffs,                        :
                                                      :    Civil Action No.: 2:19-cv-466
                                                      :
           vs.                                        :    Judge Edmund A. Sargus
                                                      :
                                                      :
**EXCEPTIONAL INNOVATION,**                           :
**INC.,** *et al.,*                                   :
                                                      :
                   Defendants.                        :
                                                      :

<u>**NOTICE OF CONSENT**</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


Feb 14, 2019
_____                              *Kenny Ng*
Date                                         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                             Kenny Ng (Feb 14, 2019)
                                             Signature

                                             **Kenny Ng**
                                             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                             Name

                                             **Kenny Ng**
                                             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                             Street Address

                                             10028 Madison Walk Ave. Las Vegas NV 89149
                                             ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                             City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

STEVE CAMPBELL, *et al.*                      :
                                              :
       Plaintiffs,                       :
                                              :      Civil Action No.:
                                              :
   vs.                                   :      Judge
                                              :
                                              :
EXCEPTIONAL INNOVATION,                       :
INC., *et al.*,                               :
                                              :
       Defendants.                       :
                                              :

### NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


**2-11-19**
_____
Date

                               Michael Schertzer (Feb 12, 2019)
                               _____
                               Signature

                               **Michael Schertzer**
                               _____
                               Name

                               **2508 Ferris Park Dr N**
                               _____
                               Street Address

                               **Columbus Ohio 43224**
                               _____
                               City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*       :

        Plaintiffs,       :

      :       Civil Action No.:

      :

        vs.       :       Judge

      :

      :

EXCEPTIONAL INNOVATION,       :
INC., *et al.,*

      :

        Defendants.       :

      :

## NOTICE OF CONSENT

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/12/2019
_____
Date

_____
Matt S Stephey (Feb 12, 2019)
Signature

Matt S Stephey
_____
Name

1375 Stratford Woods Dr
_____
Street Address

Newark, OH 43055
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*                    :
                                            :
        Plaintiffs,                    :
                                            :      Civil Action No.:
                                            :
        vs.                            :      Judge
                                            :
                                            :
EXCEPTIONAL INNOVATION,                     :
INC., *et al.*,                             :
                                            :
        Defendants.                    :
                                            :

<u>**NOTICE OF CONSENT**</u>

    I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action. I agree to be represented by Mansell Law, LLC. I understand that this lawsuit is being brought under the Fair Labor Standards Act. In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/11/18
_____
Date

_____
Tammy Tull (Feb 11, 2019)
Signature

**Tammy Tull**
_____
Name

**4153 Franklin St**
_____
Street Address

**Grove City, OH 43123**
_____
City, State, Zip Code

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVE CAMPBELL, *et al.*

      Plaintiffs,

      vs.

EXCEPTIONAL INNOVATION,
INC., *et al.,*

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:

Judge

## <u>NOTICE OF CONSENT</u>

I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action.  I agree to be represented by Mansell Law, LLC.  I understand that this lawsuit is being brought under the Fair Labor Standards Act.  In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

2/12/19
Date

Howard Watts (Feb 12, 2019)
Signature

Howard Watts
Name

5736 Cali Glen Ln
Street Address

Westerville, OH 43082
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

STEVE CAMPBELL, *et al.*                    :
                                            :
      Plaintiffs,                          :
                                            :   Civil Action No.:
                                            :
   vs.                                    :   Judge
                                            :
                                            :
EXCEPTIONAL INNOVATION,                      :
INC., *et al.*,                             :
                                            :
      Defendants.                          :
                                            :

## NOTICE OF CONSENT

    I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action.  I agree to be represented by Mansell Law, LLC.  I understand that this lawsuit is being brought under the Fair Labor Standards Act.  In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.


2-11-19
_____
Date

_____
Eric Wilder (Feb 11, 2019)
Signature

Eric Wilder
_____
Name

174 Aspen Ct.
_____
Street Address

Delaware, OH, 43015
_____
City, State, Zip Code

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

STEVE CAMPBELL, *et al.*          :
                                  :
      Plaintiffs,             :
                                  :          Civil Action No.:
                                  :
    vs.                         :          Judge
                                  :
                                  :
EXCEPTIONAL INNOVATION,           :
INC., *et al.*,                   :
                                  :
      Defendants.             :
                                  :

### <u>NOTICE OF CONSENT</u>

    I hereby consent, opt-in, and agree to become a party-plaintiff in the above captioned action.  I agree to be represented by Mansell Law, LLC.  I understand that this lawsuit is being brought under the Fair Labor Standards Act.  In addition, I understand by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

02/20/2019
_____
Date

_____
Artur Yagdzhiyants (Feb 20, 2019)
Signature

Artur Yagdzhiyants
_____
Name

117 Green Ml
_____
Street Address

Blacklick, OH 43004
_____
City, State, Zip Code