IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **STEVE CAMPBELL**, *et al.* | : | |
| | : | Case No.: 2:19-cv-466 |
| Plaintiffs, | : | |
| | : | JUDGE SARGUS |
| v. | : | |
| | : | MAGISTRATE JUDGE VASCURA |
| **EXCEPTIONAL INNOVATION, INC.**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Steve Campbell, Ryan Carr, Richard Conley, Nicholas Dalton, Jamie Forsythe, Michael Hill, Andrew Johnston, Terry Keith, Joseph Kobalka, Thomas Leone, Terrance Malone, Christopher McVay, Nora Merhar, David Miller, Sharon Miller, Cameron Mokas, Kenny Ng, Michael Schertzer, Matt Stephey, Tammy Tull Oakley, Howard Watts, Eric Wilder, and Artur Yagdzhiyants, by and through counsel, hereby file a Notice of Dismissal without Prejudice, dismissing all causes of action in the above-captioned case against all Defendants Seale Moorer, Exceptional Innovation, Inc., SmarTV Company LLC, Quadriga Americas LLC, InterTouch Holdings, LLC, and ST Holdings LLC, with each party to bear their own costs.

Respectfully submitted,

s/ *Kyle T. Anderson*
Greg R. Mansell (0085197)
*Greg@MansellLawLLC.com*
Carrie J. Dyer (0090539)
*Carrie@MansellLawLLC.com*
Kyle T. Anderson (0097806*)*
*(Kyle@MansellLawLLC.com)*
Mansell Law LLC
1457 S. High St.
Columbus, Ohio  43207
Ph: (614) 610-4134
Fax: (614) 547-3614
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

/s/ *Kyle T. Anderson*
Kyle T. Anderson (0097806*)*